UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MARK CHRISTOPHER DOWNEY,<br><br>Plaintiff,<br><br>v.<br><br>SNOHOMISH COUNTY JAIL MEDICAL DEPARTMENT,<br><br>Defendant. | Civil Action No. 2:25-cv-1710-BJR-DWC<br><br>**ORDER ADOPTING THE REPORT AND RECOMMENDATION** |

The Court, having reviewed the Report and Recommendation of Magistrate Judge David W. Christel, the remaining record, and no objections having been filed, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) Plaintiff's claims are dismissed with prejudice.

(3) The Clerk is directed to send copies of this Order to Plaintiff and to the Hon. David W. Christel.

**DATED** this 9th day of December 2025.

Barbara Jacobs Rothstein
U.S. District Court Judge